IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:18cr24-MHT
                            )            (WO)
MARK HOLPER                 )
```

ORDER

Upon consideration of U.S. Probation Department's petition for early termination of supervised release of defendant Mark Holper (doc. no. 13), which describes his ownership of a home restoration business, obtainment of a credential to work on offshore oil rigs, and his complete compliance with all conditions of supervised release, and based on the government's response that it does not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Mark Holper's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 13th day of February, 2019.

                /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**